NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHIMANO, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**MBI CO., LTD.,**
*Cross Appellant.*

---

2012-1286, -1294
(Reexamination No. 95/001,051)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for leave to file his brief 40 days after

service of the cross-appellant's brief. MBI Co., Ltd. moves for a 14-day extension of time, until July 23, 2012, to file its initial brief. Shimano opposes MBI Co., Ltd.'s motion for an extension of time. Shimano moves for leave to file its reply brief 14 days after service of the appellee's brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The Director should calculate his brief due date from the date of filing of the cross-appellant's brief and the appellant should calculate its brief due date for its response/reply brief from the date of filing of the Director's brief.

FOR THE COURT

JUL 13 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond T. Chen, Esq.
James Alfred Deland, Esq.
Richard Wydeven, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 13 2012

JAN HORBALY
CLERK